# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
NOV 13 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | )<br>)<br>) | |
| vs. | ) | Criminal No. 11-030 |
| | )<br>) | |
| DAVID REDDIX<br>Defendant | )<br>) | |

### CONSENT TO MODIFY SUPERVISED RELEASE

All parties agree, for the reasons set forth on the record, that the Defendant's conditions of supervised release should be modified. In accordance with said agreement, it is hereby **RECOMMENDED** that the Defendant's conditions of supervised release be modified as follows:

Defendant will comply with the wage allotment agreement in accordance with the U.S. Attorney's Office to have $25.00 taken from his wages bi-weekly as payment toward his restitution balance.

Dated: December 8, 2017

_____
U.S. Magistrate Judge

The assigned Magistrate Judge having recommended that the conditions of the Defendant's supervised release be modified, it is **ORDERED** that the recommendation is accepted.

Dated: 12/12/17

_____
U.S. District Judge